**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DONALD RAY MALENA, 1114314,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:06-CV-1808-B** |
| | ) | **ECF** |
| **NATHANIEL QUARTERMAN,** | ) | |
| **Director TDCJ-CID,** | ) | |
| **Respondent.** | ) | |

**ORDER**

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this _30ᵗʰ_ day of _April_ , 2008.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE